IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW FULLMAN,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **No. 22-4282** |
| : | |
| **CITY OF PHILADELPHIA,** *et al.*, : | |
| : | |
| **Defendants.** : | |

## NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Please enter my appearance as counsel for Defendants Lawrence Samuel Krasner in the above-captioned matter.

Respectfully submitted,

*/s/ Joshua B. Niemtzow*_____

Joshua B. Niemtzow
Assistant District Attorney
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107
josh.niemtzow@phila.gov
(215) 686-7644

Date: January 3, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW FULLMAN,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **No. 22-4282** |
| : | |
| **CITY OF PHILADELPHIA,** *et al.*, : | |
| : | |
| **Defendants.** : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2022, I caused to be served upon all parties of record a true and correct copy of the foregoing document via this Court's electronic filing system.

                                          */s/ Joshua B. Niemtzow*_____

                                          Joshua B. Niemtzow
                                          Assistant District Attorney
                                          Philadelphia District Attorney's Office
                                          Three South Penn Square
                                          Philadelphia, PA 19107
                                          josh.niemtzow@phila.gov
                                          (215) 686-7644