IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW FULLMAN,<br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA, POLICE COMMISSIONER DANIELLE OUTLAW, CHARLES KING, SGT. CUNNINGHAM, MICHAEL GORMLEY, LAWRENCE SAMUEL KRASNER, and JOHN DOE,<br>　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO. 22-4282 |

**O R D E R**

**AND NOW**, this 17th day of October, 2023, upon consideration of Defendants' Motions to Dismiss Plaintiff Andrew Fullman's Amended Complaint (ECF Nos. 45 and 46) and all responses thereto (ECF No. 58), it is hereby **ORDERED** that the Motions are **GRANTED** and Fullman's Amended Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant referred to in the caption as "John Doe" is hereby **DISMISSED WITH PREJUDICE**.[1]

Accordingly, Fullman's Motion for Reconsideration regarding his Motion for Discovery (ECF No. 64) is **DENIED** as **MOOT**.

The Clerk of Court shall **TERMINATE** this matter and mark it **CLOSED**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**

---

[1] *See Hallett v. Doe*, Nov. 5, 2019, 2019 WL 5722005 (E.D.Pa. 2019)

1